*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GLOVER, | No. C 09-2465 RS (PR) |
|     Petitioner, | **ORDER DISMISSING ACTION** |
|     v. | |
| SUPREME COURT, | |
|     Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* by November 18, 2009 or face dismissal of the action. Petitioner still has not filed a complete application or paid the filing fee. Accordingly, the petition, and thereby the action, is DISMISSED without prejudice. Petitioner's motion to proceed *in forma pauperis* is DENIED.

The Clerk shall enter judgment in favor of respondent, terminate the pending motion, and close the file. This order terminates Docket No. 4.

**IT IS SO ORDERED**.

DATED: March 26, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-2465 RS (PR)
ORDER OF DISMISSAL